604 So.2d 1317 (1992)
STATE of Louisiana
v.
Cathy DUNCAN and Rhett Duncan.
No. 92-K-1885.
Supreme Court of Louisiana.
October 2, 1992.
Denied, on the showing made. The court of appeal correctly found that the defendant will not be imprisoned if she fails to pay the fines and costs. See, Bearden v. Georgia, 461 U.S. 660, 103 S.Ct. 2064, 76 L.Ed.2d 221 (1983). See also State v. Conley, 570 So.2d 1161 (La.1990); State v. Conley, 565 So.2d 424 (La.1990); State v. LaBure, 427 So.2d 855 (La.1983); State v. Carey, 392 So.2d 443 (La.1981).